JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANK CORONEL, | Case No. CV 17-7386-CJC (KK) |
| Plaintiff, | |
| v. | JUDGMENT |
| SUPERIOR COURT OF LOS ANGELES COUNTY, ET AL., | |
| Defendant(s). | |

Pursuant to the Memorandum and Order Summarily Dismissing Complaint Without Prejudice,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: November 3, 2017

HONORABLE CORMAC J. CARNEY
United States District Judge